# UNITED STATES DISTRICT COURT
## for the
## District of Delaware
## _____ Division

Michael P Wagner
8 N. main st #235
Magnolia De 19962
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lowe's Home improvement ETAL
Lowe's Corperate N.C
Marvin Ellison CEO
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 22 - 564
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Michael P Wagner
   Street Address: 8 N. main st # 235
   City and County: Magnolia
   State and Zip Code: Delaware 19962
   Telephone Number: 302 690 2890
   E-mail Address: Wagmaster01@Gmail.Com

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Deanna
- Job or Title (if known): Manger at Camden Lowes Store #2537
- Street Address: 516 Walmart dr.
- City and County: Camden
- State and Zip Code: Delaware 19934
- Telephone Number: 302-697-0700
- E-mail Address (if known):

Defendant No. 2
- Name: Heather
- Job or Title (if known): ? Customer Servic Counter
- Street Address: 516 Walmart dr.
- City and County: Camden
- State and Zip Code: Delaware 19934
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Marvin Ellison CEO
- Job or Title (if known): CEO
- Street Address: 1000 Lowes Blvd.
- City and County: Mooresville NC
- State and Zip Code: North Carolina 28117
- Telephone Number: 800-813-7613 or 704-693-2470
- E-mail Address (if known):

Defendant No. 4
- Name: Christy Cheeks
- Job or Title (if known): Executive Customer Relations
- Street Address: 1000 Lowes Blvd.
- City and County: Mooresville
- State and Zip Code: North Carolina 28117
- Telephone Number: 866-284-8989 x 6582052
- E-mail Address (if known):

Defendant No. 5
Jill Platt
Claims Examiner
1000 Lowes Blvd, Moorsville NC 28117
704-693-2488

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[x] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *More than $5,000*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Michael P Wagner, is a citizen of the State of *(name)* Delaware.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

  b.  If the defendant is a corporation

   The defendant, *(name)* Lowes Home Improvement is incorporated under the laws of the State of *(name)* North Carolina, and has its principal place of business in the State of *(name)* Camden, Delaware. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* North Carolina Corporate

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy  medical cost work compensation + pain+suffering

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Currently under medical treatment, requiring surgery.

---

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

was driving in Lowes parking lot hit frozen Ice patch which Bottomed out car causing Extreme pain + injury. Imediatly talked to Deanna, foot manager, 3rd partie at ck out counter got involved in our conversation of condition of parking lot. Was offerd accident claim. I got phone number of individual as a witness to parking lot condition. I told Deanna to give it a couple days to see if I recover. Went to ER next morning - came back after results and Dr, Deanna reneged on giving me accident form. Claimed they are not responsible - refused to tell me who snow removal was done by.
Also Discriminate against Disabled + Had Post on Camden website pushing a particular Church Removed when I filed Complaint

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I've lost work + clients over this Extremly painfull not fully recoved can hardly do my own stuff Requiring further surgery Treated very Badly by Lowes staff treating me as if I were some kind of Idiot threten to call police on me so I called police, who told me they are responible. Contacted corporate who claimed they had no knowledge of incedet which Camden claimed they did give my info to, spoke with several people at corporate, was offerd $250.00 for my Injures + treatmnt at Camden Lowes.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   April 28th 2022

Signature of Plaintiff   *Michael Wagner*
Printed Name of Plaintiff   Michael Wagner

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____